Merrill Schneider, OSB #77336
merrillschneider@schneiderlaw.com
Of Counsel
Kerr Robichaux & Carroll
PO Box 14490
Portland, Oregon 97293
Phone: 503-255-9092
Fax: 503-255-9145
Attorney for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| LISA SWEENEY,<br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br>Defendant. | 3:16-CV-01802-BR<br><br>ORDER FOR ATTORNEY<br>FEES UNDER 42 U.S.C. § 406(b) |

After considering Plaintiff's Unopposed Motion, Plaintiff's Motion is hereby granted as follows: Merrill Schneider is allowed an attorney's fee under the Social Security Act, 42 U.S.C. § 406(b), in the amount of $12,369.67, to be paid out of the claimant's past-due benefits. Plaintiff's counsel shall refund the amount of $6,756.02 already received by counsel under the Equal Access to Justice Act.

Any funds withheld by the Commissioner in anticipation of an order under Section 406(b), less an administrative assessment pursuant to 42 US.C. 406(d), may be paid to NW Disability benefits, LLC dba Kerr Robichaux & Carroll (TID 85-3999428),[1] PO Box 14490, Portland, OR 97293, consistent with this order.

---

[1] Formerly known as Schneider Kerr & Robichaux / Schneider Kerr & Gibney.

Dated this 2nd day of June, 2021.

                                        /s/ Anna J. Brown
                                   _____
                                   Anna J. Brown
                                   United States Senior District Judge